UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10021-RWZ |
| | ) | |
| ADRIAN SIMPSON | ) | |

**MOTION TO FILE**
**DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL**

Defendant, Adrian Simpson, through counsel, respectfully moves this Honorable Court for leave to file the attached sentencing memorandum under seal.

As grounds for this motion, defendant states that the sentencing memorandum contains personal information that should not be part of the public record.

ADRIAN SIMPSON
By his attorney,

*/s/ Jennifer C. Pucci*
**Jennifer C. Pucci**
**B.B.O. #669823**
**Federal Defender Office**
**51 Sleeper St., 5th Floor**
**Boston, MA  02210**
**Tel: 617-223-8061**

**CERTIFICATE OF SERVICE**

I, Jennifer C. Pucci, do hereby certify that this motion to file ***UNDER SEAL*** was filed through the ECF system, and was hand delivered to the Clerk's Office, together with the Defendant's Sentencing Memorandum, and a copy of same was hand delivered to AUSA Eve A. Piemonte-Stacey, U.S. Attorney's Office, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, 9th Floor, Boston, MA 02110, with the Sentencing Memorandum, on September 6, 2013.

*/s/ Jennifer C. Pucci*
**Jennifer C. Pucci**